# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Nodak Insurance Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| David Schmidt, Scott Schmidt, ) | |
| Emmons County Insurance Agency, LLC, ) | |
| and AgriSompo North America, Inc., ) | Case No. 1:23-cv-201 |
| ) | |
| Defendants. ) | |

On June 11, 2024, the Parties filed a "Joint Motion to Extend Certain Deadlines." (Doc. No. 40). The court **GRANTS** the motion (Doc. No. 40) and **AMENDS** the pretrial deadlines as follows:

1. Motions to amend the pleadings are due by August 30, 2024.

2. The Parties shall have until October 8, 2024, to complete fact discovery and file discovery motions.

3. The Parties' deadlines for exchanging complete expert witness reports are:

    a. Plaintiff - November 9, 2024;

    b. Defendants - January 13, 2025; and

    c. Plaintiff's rebuttal - February 12, 2025.

4. Dispositive motions are due by February 28, 2025.

To ensure there is sufficient time for consideration of any dispositive motions that may be filed, the court shall, on its own motion, continue the final pretrial conference and jury trial in this matter. Accordingly, the final pretrial on March 25, 2025, shall be rescheduled for October 14, 2025, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-

9415 and enter access code 8992581.  The jury trial scheduled for April 8, 2025, shall be rescheduled for October 27, 2025, at 9:00 AM in Bismarck before Judge Hovland (Eagle Courtroom).  A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2024.

<u>*/s/ Clare R. Hochhalter*</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court